**Order filed September 16, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO.  14-13-00144-CR
_____

**HERMILO MORALEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 63639**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Exhibits 27 through 37, photographs.

The clerk of the 300th District Court is directed to deliver to the Clerk of this court the original of State's Exhibits 27 through 37, photographs, on or before September 26, 2014. The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibits 27 through 37, photographs, to the clerk of the 300th District Court.

PER CURIAM